## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VANCE COOK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) Case No.  06-CV-0954-JPG-CJP |
| | ) |
| **UNITED PARCEL SERVICE,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation of Dismissal advising the Court that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:   November 16, 2007**

**NORBERT JAWORSKI, CLERK**

**By:s/Deborah Agans, Deputy Clerk**


**APPROVED: s/ J. Phil Gilbert**
             **U. S. DISTRICT JUDGE**